United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In re:
Adorno F. Piccinini,                           Case No. 08-57865-R
       Debtor.                              Chapter 7
_____/            Hon. Steven Rhodes

Karen Mattingly,
       Plaintiff                          Adv. Pro. No. 08-5329

v.

Adorno F. Piccinini,
       Defendant.
_____/

<u>Order Denying Plaintiff's Motion for Reconsideration</u>
<u>of Order Striking Jury Demand</u>

For the reasons stated in the opinion entered this date, Plaintiff's motion for reconsideration of Order Striking Jury Demand is **DENIED**.

**Signed on February 11, 2010**

                                                     **/s/ Steven Rhodes**
                                                  **Steven Rhodes**
                                                 **United States Bankruptcy Judge**